**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**May 29, 2003**

**Charles R. Fulbruge III**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

**02-50711**

_____

**STATE OF TEXAS,**

**Plaintiff-Counter Defendant-Appellee,**

**versus**

**YSLETA DEL SUR PUEBLO; TIGUA GAMING AGENCY;**
**THE TRIBAL COUNCIL; CARLOS HISA, Tribal Lieutenant**
**Governor; FRANCISCO HERNANDEZ, Tribal Gaming**
**Commissioner; ALBERT ALVIDREZ, Tribal Governor,**

**Defendants-Counter Claimants-Appellants,**

_____

**Appeal from the United States District Court**
**for the Western District of Texas**
**(EP-99-CV-320-GTE)**

_____

Before WIENER and BARKSDALE, Circuit Judges, and FURGESON,
District Judge[*].

PER CURIAM:[**]

Ysleta Del Sur Pueblo appeals the district court's refusal to
modify its 27 September 2001 permanent injunction barring gambling
activities on tribal lands.  Ysleta Del Sur Pueblo contends the
district court erred by not allowing it to participate in

_____

[*]      District Judge of the Western District of Texas, sitting
by designation.

[**]      Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

charitable bingo, carnival contests, and promotional player pool activities.

The denial of a modification to an injunction is reviewed for abuse of discretion. *E.g.*, **Rolex Watch USA, Inc. v. Meece**, 158 F.3d 816, 823 (5th Cir. 1998), *cert. denied*, 526 U.S. 1133 (1999). In the light of the parties' oral arguments and briefs, pertinent parts of the record, and the insufficiency of the evidence regarding potential "qualified organization" sponsors of carnival contests, the district court did not abuse its discretion in refusing to modify the injunction.

**AFFIRMED**